MHN

## PRISONER CASE

R



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** WILLIAM WALLS

**Defendant(s):** LISA MADIGAN, etc., et al.

**County of Residence:** SCHUYLER

**County of Residence:**

**Plaintiff's Address:**
William Walls
#852982
Rushville - DHS
R.R. #1, Box 6A
Rushville, IL  62681

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph Street, Suite 4-200
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV4488
JUDGE HOLDERMAN
MAG.JUDGE MASON**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:**   **Date:** 8/8/08

Holderman
Mason

67cv6828

**FILED**
AUG - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT