IN THE
UNITED STATES DISTRICT OF ILLINOIS
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM WALLS )
PLAINTIFF    (s).  )
             )  Civil Actions No.
             )
V.           )
             )
Ms. Lisa Madigan, Attorney Gen- )
eral ect. et al.                )     **08CV4488**
             )                        **JUDGE HOLDERMAN**
Defendant    (s). )                   **MAG. JUDGE MASON**
             )
             )

FILED
AUG 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR THE APPOINTMENT OF COUNSEL

Now comes, the plaintiff, pro-se, before this Honorable Court in the above cause for the appointment of counsel. And as such the plaintiff would like to state the following;

(1). The prisoner litigation reform act accordingly does not apply to him. The plaintiff is a pretrial detainee, detained at the Illinois Department of HumanService, Treatment and Detention Facility.

(2). That the plaintiff does not have the means to pay for the Cost of an attorney fees or Court fees. The plaintiff is a poor person who seeks access to the court with the representation of a attorney.

(3). That the facility in which the plaintiff does not provide meaningful access to a law library.

(4). Due to this, that the plaintiff is greatly limited to litigate and the issues involved are greatly complex and will require significant research and investigation.

(5). A hearing on matter will likely involved conflictly testimony and counsel would better enable the plaintiff to present evidence and cross examine witnesses.

(6). That the plaintiff brings a complaint where his life and liberty is at stack. Which give the plaintiff a greater need for a attorney to protect his against harms way.

(7). That the plaintiff complaint is brought in good faith and have merits.

Wherefore, the plaintiff prays that this Honorable Court Grant the plaintiff request for the appointment of Counsel.

1-of-1.